**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Donald Mitchell, Jr.,<br><br>  Plaintiff<br><br>v.<br><br>Brian Williams, et al.,<br><br>  Defendants | Case No.: 2:19-cv-01933-JAD-DJA<br><br>**Order Extending Deadlines<br>in Light of Upcoming Global Settlement Conference**<br><br>[ECF Nos. 18, 25] |

A virtual, global settlement conference is set for January 27, 2022, in this matter and several others that Plaintiff Donald E. Mitchell, Jr., has pending in this district.[1] Mitchell asks this court to stay his cases pending that settlement conference.[2] I do not find that Mitchell has demonstrated that a complete stay of this action is necessary, so I thus deny his motion to stay this case.[3] But to avoid prejudice to the parties, I sua sponte extend the deadlines impacted by the pending settlement conference.

Accordingly, IT IS HEREBY ORDERED that

- The motion to stay [**ECF No. 25**] is **DENIED;**

- **The deadline to file dispositive motions**, currently set for January 18, 2022, [ECF No. 18] is extended to **February 18, 2022**; and

---

[1] ECF No. 24.

[2] ECF No. 25.

[3] **This order addresses this case only; it does not decide whether a stay is appropriate in Mitchell's matters pending before other judges in this district.**

- **The deadline to file the joint pretrial order is extended to February 25, 2022.** If dispositive motions are filed, the date for filing the joint pretrial order will be suspended until 30 days after a decision on those motions or until further order of the court.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 7, 2022