1  AARON D. FORD
      Attorney General
2  DAWN R. JENSEN (Bar No. 10933)
      Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-3195 (phone)
   (702) 486-3773 (fax)
6  Email: drjensen@ag.nv.gov

7  *Attorneys for Defendants*

8

9                UNITED STATES DISTRICT COURT

10                 DISTRICT OF NEVADA

11 DONALD E. MITCHELL, JR.,        |  Case No. 2:19-cv-1933-JAD-DJA

12       Plaintiff,

13 v.

14 BRIAN WILLIAMS, SR., *et al.*,

15       Defendants.

16                 STIPULATION AND ORDER OF
                   DISMISSAL WITH PREJUDICE
17
                      ECF Nos. 19, 31
18

19     Plaintiff, Donald E. Mitchell, *pro se* and by and through Diana S. Ebron, Esq.,

20 Specially Appointed Counsel for Plaintiff in Case 2:17-cv-00686-APG-DJA as well as for

21 purposes of the Global Settlement Conference in Case Nos. 2:19-cv-01066-APG-DJA,

22 2:19-cv-01933-JAD-DJA, 2:19-cv-01651-APG-VCF, 2:17-cv-00686-APG-DJA, 9th Cir. 19-

23 17350,  2:17-cv-00986-JAD-BNW, 9th Cir. 20-15912, 2:19-cv-00190-GMN-DJA, and

24 Defendants, Eric Gomez, Kelly Quinn, Jay Barth, Brian Williams, Michael Dante, Louis

25 Wallace, Ryan Hesler, Devona Jimenez, Patrick Moreda, Anthony Herrera, Ronald

26 Oliver, John Borrowman, Jennifer Nash, Carrie Alvarado, Timothy Filson, Jerry Howell,

27 Bianca Knight-Groover, Dwight Neven, Perry Russell, and Anthony Warren, all of whom

28 either named in defendants in one or more of the above named cases, by and through

1   counsel, Aaron D. Ford, Nevada Attorney General, D. Randall Gilmer, Chief Deputy

2   Attorney General, Alexander J. Smith and Dawn R. Jensen, Deputy Attorney Generals, of

3   the State of Nevada, Office of the Attorney General, hereby stipulate, pursuant to Federal

4   Rules of Civil Procedure 41(a)(1)(a)(ii), that the above-captioned actions should be

5   dismissed with prejudice by order of this Court, with each party to bear their own costs.

6   DATED this _03_ day of ~~February~~ *March*, 2022.     DATED this _03th_ day of ~~February~~ *March*, 2022.

8                                                         AARON D. FORD
                                                          Attorney General

10                                                        By: _____
11  _____                              DAWN R. JENSEN, Bar No. 10933
    DONALD E. MITCHELL                                       Deputy Attorney General
    *Pro se* Plaintiff "without ~~out~~ prejudice, *ucc 1-308*"
    Attorneys for Defendants

13  DATED this _03th_ day of ~~February~~ *March*, 2022.

16  _____
    DIANA S. EBRON, Esq., Specially
17  Appointed Counsel for Plaintiff in Case
    No. 2:17-cv-00686-APG-DJA as well as
18  for purposes of the Global Settlement
    Conference

### ORDER

    Based on the parties' stipulation [ECF No. 31], and good cause appearing, IT IS
    HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear
    its own fees and costs.  The pending motion **[ECF No. 19] is DENIED** as moot.  The
    Clerk of Court is directed to CLOSE THIS CASE.

    _____
    U.S. District Judge Jennifer A. Dorsey
    Dated: March 11, 2022